UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 26-4171-MWF(SSCx)**                              Date:  July 02, 2026

Title    ***Travis McCorkle v. Tactic Franchising, LLC***

---

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 20, 2026.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on July 20, 2026.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 21, 2026**.

- By Plaintiff:  Proof of Service of the Summons and Complaint.

    AND/OR

- By Defendant:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- By Plaintiff:  Application to the Clerk to Enter Default as to properly served Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 26-4171-MWF(SSCx)**                    Date:  July 02, 2026

Title        ***Travis McCorkle v. Tactic Franchising, LLC***

respond to the Order to Show Cause by **JULY 21, 2026,** will result in the dismissal of this action.

        IT IS SO ORDERED.